IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:13-CR-42-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANNY EARL SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

Danny Earl Scott ("Scott") seeks a sentence reduction through credit for jail time [D.E. 219]. The United States did not respond to the motion. The record does not reflect that Scott has exhausted his administrative remedies. Thus, the court DENIES without prejudice Scott's motion for jail credit [D.E. 219].

SO ORDERED. This **20** day of June 2016.

JAMES C. DEVER III
Chief United States District Judge